UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HODESS BUILDING CO., INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) C.A. No. |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Defendant | ) |

**CORPORATE DISCLOSURE STATEMENT OF
UNITED STATES FIDELITY & GUARANTY COMPANY**

Pursuant to Local Rule 7.3 (D. Mass.), the defendant, United States Fidelity & Guaranty Company, states that it is a wholly-owned corporate subsidiary of The St. Paul Companies, Inc.

Respectfully submitted,

UNITED STATES FIDELITY & GUARANTY COMPANY,

By its attorneys,

Bradford R. Carver BBO #565396
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210
(617) 217-5500

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2005, I served the foregoing Notice of Removal by causing a copy of same to be mailed to Joseph J. Rosale, Esq., Joseph J. Rosale, Ltd., 30 Kennedy Plaza, Suite 400, Providence, MA 02903.

Bradford R. Carver

02060-0143
371180v1