UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HODESS BUILDING CO., INC., <br>     Plaintiff <br><br> v. <br><br> UNITED STATES FIDELITY AND <br> GUARANTY COMPANY, <br><br>     Defendant | C.A. No.05-10880 GAO |

## ANSWER

Defendant United States Fidelity and Guaranty Company ("USF&G"), and submits its Answer to the Plaintiff Hodess Building Company, Inc.'s (hereinafter "Hodess") Complaint.

1. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. Admitted.

3. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.

5. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

6. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint. Further, Defendant states that the terms of such contract are self-explanatory.

7. Admitted.

8. Admitted.

9. The allegations of paragraph 9 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, USF&G states that the terms of the bond are self-explanatory.

10. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.

12. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint.

13. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint..

14. USF&G admits that it received communications from Hodess, the terms of which are self-explanatory. Any allegations inconsistent with the terms of the communications are denied.

15. USF&G denies the allegations of paragraph 15 of the Complaint to the extent that the attached Exhibit B is not an agreement between USF&G and Hodess.

16. USF&G repeats its response to paragraph 15 above, and states further that the terms of any such agreement self-explanatory.

17. Admitted.

18. USF&G is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.

19. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint.

20. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint.

21. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint.

22. USF&G denies the allegations of paragraph 22.

23. USF&G denies the allegations of paragraph 23.

## COUNT I

### Breach Of Contract

24. USF&G restates its responses to paragraphs 1 through 23 as if fully set out herein.

25. USF&G denies the allegations of paragraph 25 of the Complaint to the extent that the attached Exhibit B is not an agreement between USF&G and Hodess.

26. USF&G repeats its response to paragraph 25 above, and states further that the terms of any such agreement self-explanatory.

27. USF&G denies the allegations of paragraph 27 of the Complaint.

## COUNT II

### Performance Bond

28. USF&G restates its responses to paragraphs 1 through 27 as if fully set out herein.

29. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.

30. USF&G denies the allegations of paragraph 30 to the extent that they are inconsistent with the terms of the performance bond. USF&G states further that the terms of the bond are self-explanatory.

31. USF&G denies the allegations of paragraph 31 and demands strict proof of the same.

## COUNT III

32. USF&G restates its responses to paragraphs 1 through 31 as if fully set out herein.

33. USF&G denies the allegations of paragraph 33.

34. USF&G denies the allegations of paragraph 34, repeats its response to paragraph 15 above, and states further that the terms of any such agreement self-explanatory.

35. USF&G is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint.

36. USF&G admits that it received communications from Hodess, the terms of which are self-explanatory. Any allegations inconsistent with the terms of the communications are denied.

37. USF&G denies the allegations of paragraph 37.

38. USF&G denies the allegations of paragraph 38.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Hodess' damages were caused, if at all, by Hodess' own acts, omissions or errors, or the acts, omissions or errors of third parties over whom USF&G exercises no control and for whom USF&G has no responsibility.

3. This action is barred by the failure of Hodess to comply with the terms of the bond and the statutory and contractual conditions precedent to bringing this action.

4. The allegations against the principal relating to the bond in question are subject to defenses, whether or not asserted, by the bonded principal, and USF&G incorporates each of the principal's defenses by reference herein and asserts the benefit of the same as a defense barring any action against it under the bond.

5. Hodess has waived and/or is estopped from asserting the claims alleged in its Complaint against USF&G.

6. Hodess' claims are barred or limited because plaintiff failed to mitigate its damages.

7. Hodess' claims are barred by the relevant statute of limitations, including any limitations period set forth in the Bond.

- 6 -

WHEREFORE, United States Fidelity & Guaranty Company requests that the Complaint be dismissed, with prejudice, awarding its costs, and expenses, including reasonable attorneys' fees, and such other and further relief as may be just and appropriate.

    Respectfully submitted,
UNITED STATES FIDELITY &
GUARANTY COMPANY,
By its attorneys,

/s/ Bradford R. Carver
_____
Bradford R. Carver BBO #565396
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210
(617) 217-5500