UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HODESS BUILDING CO., INC., <br>     Plaintiff <br><br> v. <br><br> UNITED STATES FIDELITY AND <br> GUARANTY COMPANY, <br><br>     Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.05-10880 GAO |

### **JOINT MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE**

NOW COMES the Plaintiff, Hodess Building Company, Inc. ("Hodess") and Defendant United States Fidelity and Guaranty Company ("USF&G") (collectively "the Parties") and request that the Court continue the pre-trial conference set for January 12, 2006, to a date in March of 2006. In support of this joint motion, the Parties state as follows:

1. This action concerns a claim by a general contractor, Hodess against a defunct subcontractor, Hartford Roofing Company ("Hartford") against Hartford's surety, USF&G, in connection with a public construction project known as the Alcott Elementary School in Concord, Massachusetts.

2. As the Parties are working towards a possible resolution, to this matter, and a trial may not be necessary, the Parties request a continuance of the pre-trial conference.

Respectfully submitted,


|     /s/ Joseph J. Reale     |     /s/ Paula-Lee Chambers     |
|---|---|
| Joseph J. Reale, Jr. (BBO# 545762) | Paula-Lee Chambers (BBO# 566888) |
| Joseph J. Reale, Jr., Ltd. | Hinshaw & Culbertson LLP |
| 30 Kennedy Plaza, Suite 400 | One International Place, 3rd Floor |
| Providence, RI 02903 | Boston, MA 02110 |
| (401) 453-9900 | (617) 213-7000 |