UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HODESS BUILDING CO., INC.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br><br>   Defendant | CIVIL ACTION NO. 05-10880 GAO |

## L.R. 16.1(D) JOINT STATEMENT

The parties to the above-captioned action hereby submit this Local Rule 16.1(D) Joint Statement.

JOINT DISCOVERY PLAN

The parties have agreed to conduct non-phased discovery as follows:

1. The parties will serve all automatic required disclosures, pursuant to L.R. 26.2(A) and L.R. 26.1(B) and this Court's Discovery Order dated October 18, 2005, by Paul Lyness, Deputy Clerk;

2. Once a party has complied with item one *supra*, that party may serve no more than 30 interrogatories (in no more than 2 separate sets) provided that such interrogatories are served no later than September 1, 2006;

3. Once a party has complied with item one *supra*, that party may serve requests for production of documents provided that such document requests are served no later than September 1, 2006;

4. Once a party has complied with item one *supra*, that party may serve no more than thirty requests for admissions provided that such requests for admissions are served no later than September 1, 2006;

5. All responses to written discovery must be served within the timeframes and requirements of the Federal Rules of Civil Procedure, unless otherwise agreed by the parties or ordered by this Court, and all responses to written discovery must be served no later than December 31, 2006 consistent with the timeframes and requirements of the Federal Rules of Civil Procedure;

6. All depositions must be noticed and completed no later than January 31, 2007;

7. Four depositions per party of no more than seven hours each;

8. The plaintiff will disclose any and all trial experts no later than February 14, 2007;

9. The defendant will disclose any and all trial experts no later than February 28, 2007; and

10. Notwithstanding the preceding, all expert depositions will be noticed and completed no later than March 31, 2007.

The Plaintiff anticipates deposing the following individuals and/or entities: As identified in Plaintiff's Automatic Disclosure Statement.

The Defendant anticipates deposing the following individuals and/or entities: As identified in Defendant's Automatic Disclosure Statement.

Both the Plaintiff and the Defendant reserve the right to depose individuals and/or entities not identified in this Joint Statement.

PROPOSED MOTION SCHEDULE

The parties agree that any motions to dismiss will be served and filed no later than May 30, 2006. The parties further agree that any motions for summary judgment shall be served and filed no later than March 20, 2007. The parties are unable to anticipate any other motions at this time but agree that all pre-trial motions must be served and filed no later than May 12, 2007.

CERTIFICATIONS

Plaintiff's Certification

The undersigned hereby affirm and certify that they have conferred with a view towards (a) establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

_____        _____
Hodess Building Company                Joseph J. Reale, Jr., Esquire


Defendant's Certification

The undersigned hereby affirm and certify that they have conferred with a view towards (a) establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

_____        /s/ Paula-Lee Chambers_____
United States Fidelity &               Paula-Lee Chambers, Esquire
Guaranty Company

Respectfully submitted:

HODESS BUILDING CO., INC.,              UNITED STATES FIDELITY AND
By its attorneys,                       GUARANTY COMPANY,

3

|  |  |
|---|---|
| Joseph J. Reale, Jr., Esquire<br>BBO #545762<br>Joseph J. Reale, Jr., Ltd.<br>30 Kennedy Plaza, Suite 400<br>Providence, RI  02903<br>(401) 453-9900 | /s/ Paula-Lee Chambers<br>Bradford R. Carver, BBO#565396<br>Paula-Lee Chambers, BBO#566888<br>HINSHAW & CULBERTSON LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000 |

4